STATE v. GOODE

No. 103P02

Case below: 148 N.C. App. 407

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 April 2002.

STATE v. GUITON

No. 622P01

Case below: 146 N.C. App. 447

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

STATE v. HARGETT

No. 119PA02

Case below: 148 N.C. App. 688

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 April 2002. Petition by the Attorney General for writ of supersedeas allowed 4 April 2002.

STATE v. JOHNSON

No. 99P02

Case below: 148 N.C. App. 407

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002. Motion by defendant pro se for DNA testing, deoxyribonucleic acid denied 4 April 2002.

STATE v. JONES

No. 39P02

Case below: 147 N.C. App. 527

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 April 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.